KEVIN A. DARBY, ESQ. NVSB #7670          *Electronically filed 1/5/2026*
TRICIA M. DARBY, ESQ. NVSB #7956
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada, 89509
Tel.: 775.322.1237
Fax: 775.996.7290
Email: kevin@darbylawpractice.com
         tricia@darbylawpractice.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                          CASE NO.: BK-N-25-51136-HLB

PETER B. WILDAY and MONETTE O.                  Chapter 13
WILDAY,

                                                **CERTIFICATE OF SERVICE**

                    Debtors.

_____/

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1.   On   **January 5, 2026,**          I served the following documents:

     **NOTICE OF REMOTE HEARING ON CHAPTER 13 PLAN; CHAPTER 13 PLAN**

2.   I served the above-named document(s) by the following means to the persons as listed below:

**VIA ECF:**

TRICIA M. DARBY on behalf of Debtor PETER B. WILDAY
tricia@darbylawpractice.com, kevin@darbylawpractice.com;mandie@darbylawpractice.com

TRICIA M. DARBY on behalf of Joint Debtor MONETTE O. WILDAY
tricia@darbylawpractice.com, kevin@darbylawpractice.com;mandie@darbylawpractice.com

WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

**VIA FIRST CLASS MAIL**

*To the attached matrix.*

**I declare under penalty of perjury that the foregoing is true and correct. Signed on:** January 5, 2026

**MANDIE RODRIGUEZ**                    */s/ Mandie Rodriguez*

(NAME OF DECLARANT)                    An Employee of Darby Law Practice, Ltd.

Label Matrix for local noticing
0978-3
Case 25-51136-hlb
District of Nevada
Reno
Wed Dec  3 12:05:07 PST 2025

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

ALTUS RECEIVABLES MANAGEMENT INC.
2121 Airline Drive, Suite 520
Metairie, LA 70001-5987

AT&T
PO BOX 769
Arlington, TX 76004-0769

Aargon Agency Inc
Acct No 4602020039
Attn: Bankruptcy
8668 Spring Mountain Rd, Suite 110
Las Vegas, NV 89117-4119

Affirm, Inc.
Acct No ECK1CSBR
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One Auto Finance
Acct No 62088141390011001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024-2302

Cedar Financial
Acct No 1827796
Attn: Bankruptcy
5230 Las Virgenes Rd
Calabasas, CA 91302-3448

Cedar Financial
Acct No 1831932
Attn: Bankruptcy
5230 Las Virgenes Rd
Calabasas, CA 91302-3448

Chase Auto Finance
Acct No 12311718143107
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203-4774

Chase Card Services
Acct No 4147404101949519
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Collection Service of Nevada
Acct No 9302260000220803
Attn:Bankruptcy
4600 Kietzke Lane, Blgd B Ste 119
Reno, NV 89502-5033

Comenity Bank/Victorias Secret
Acct No 5237040082583402
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218-2273

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Credit One Bank
Acct No 37936403057
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

DEPARTMENT OF EMPLOYMENT TRAINING&REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713-0002

First Premier Bank
Acct No 5178006762960930
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
Acct No 5178008123947671
3820 N Louise Ave
Sioux Falls, SD 57107-0145

HEARTFELT ENGINEERING
1808 E William St STE A
Carson City, NV 89701-3246

HILLS PROPERTIES, LTD.
c/o LEACH KERN GRUCHOW
5421 KIETZKE LANE SUITE 200
Reno, NV 89511-1025

IC SYSTEMS
PO BOX 64378
Saint Paul, MN 55164-0378

IMEG
131 MIDDLESEX
Burlington, MA 01803-4415

IMEG
901 VIA PIEMONTE STE 400
Burlington, MA 01803

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, Llc
Acct No 3653516043003
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEAD DR.
Carson City, NV 89706-7939

Newrez
Acct No 690263546
Attn: Bankruptcy
P.O.Box 10826
Greenville, SC 29603-0826

(p)RC WILLEY HOME FURNISHINGS  INC
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 65320
SALT LAKE CITY UT 84165-0320

SAINT THERESE HEALTHCARE INC.
3680 GRANT DR. STE. B
Reno, NV 89509-5369

Trueaccord C
Acct No 4781461640344
16011 College Blvd
Lenexa, KS 66219-1366

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701


UNITED STATES ATTORNEY
100 W. LIBERTY STREET #600
Reno, NV 89501-1930

United Consumer Financial Services
Acct No 1144128
Attn: Bankruptcy
865 Bassett Rd.
Westlake, OH 44145-1142

WILLAIM D. COPE
2940 E. SHORE PLACE #605
Reno, NV 89509


MONETTE O. WILDAY
4454 DANT BLVD.
RENO, NV 89509-7025

PETER B. WILDAY
4454 DANT BLVD.
RENO, NV 89509-7025