KEVIN A. DARBY, ESQ. NVSB #7670          *Electronically filed May 20, 2026*
TRICIA M. DARBY, ESQ. NVSB #7956
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada, 89509
Tel.: 775.322.1237
Fax: 775.996.7290
Email: kevin@darbylawpractice.com
        tricia@darbylawpractice.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                              CASE NO.: BK-N-25-51136-HLB
                                                    Chapter 13

PETER B. WILDAY and MONETTE O.
WILDAY,                                             **CERTIFICATE OF SERVICE**

                        Debtors.

_____/

    **Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1.  On   **May 5, 2026**          I served the following documents:

    **MOTION TO AVOID JUDGMENT LIEN IMPAIRING DEBTOR'S HOMESTEAD EXEMPTION ON NEGATIVE NOTICE; DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN**

2.  I served the above-named document(s) by the following means to the persons as listed below:

**<u>VIA ECF:</u>**

TRICIA M. DARBY on behalf of Debtor PETER B. WILDAY
tricia@darbylawpractice.com,
kevin@darbylawpractice.com;mandie@darbylawpractice.com;kevindarby@sbcglobal.net

TRICIA M. DARBY on behalf of Joint Debtor MONETTE O. WILDAY
tricia@darbylawpractice.com,
kevin@darbylawpractice.com;mandie@darbylawpractice.com;kevindarby@sbcglobal.net

CHRISTOPHER GIACINTO on behalf of Creditor Barclays Bank PLC C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
Chris.Giacinto@padgettlawgroup.com,
bkecf@padgettlawgroup.com;chris.giacinto@ecf.courtdrive.com

CHRISTOPHER GIACINTO on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
Chris.Giacinto@padgettlawgroup.com,
bkecf@padgettlawgroup.com;chris.giacinto@ecf.courtdrive.com

CRISTINA HINDS on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for JPMorgan Chase Bank, National Association
cristina@hindsinjurylawlasvegas.com, bnk@idealawgroupllc.com

JEFFREY S. SPENCER on behalf of Creditor HEARTFELT ENGINEERING, LLC
jeff@sslawnv.com, paralegals@sslawnv.com

WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

SHADD A. WADE on behalf of Creditor BARCLAYS BANK PLC
swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID AS FOLLOWS:**

Anthony and Connie Silva
c/o Whitehead & Whitehead
10389 Double R Boulevard
Reno, Nevada, 89521

Anthony and Connie Silva
20 Myrtlewood Circle
Reno, Nevada, 89511

Anthony and Connie Silva
PO Box 19425
Reno, Nevada, 89511

 **I declare under penalty of perjury that the foregoing is true and correct.**

 **Signed on:**      **May 20, 2026**

 **MANDIE RODRIGUEZ**              */s/ Mandie Rodriguez*
 (NAME OF DECLARANT)              An Employee of Darby Law Practice, Ltd.